MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
REBECCA FALK (CSBN 226798)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7022
   FAX: (415) 436-6748
   rebecca.falk@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF OCEANO DUNES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, the UNITED STATES FISH AND WILDLIFE SERVICE, KEN SALAZAR, in his official capacity as Secretary of the Interior, and DANIEL M. ASHE, in his official capacity as Director, U.S. Fish and Wildlife Service, <br><br> Defendants. | No. 12-05998 JSC <br><br> STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

    Defendants United States Department of the Interior, United States Fish and Wildlife Service, Ken Salazar, in his official capacity as Secretary of the Interior, and Daniel M. Ashe, in his official capacity as the Director, United States Fish and Wildlife Service ("Defendants") and Plaintiff Friends of Oceano Dunes, Inc. ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

    1.    On November 26, 2012, Plaintiff filed its Complaint re Failure to Produce Records and Grant Fee Waiver in Violation of the Freedom of Information Act ("Complaint");

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 12-05998 JCS

2. On November 30, 2012, the U.S. Attorney's Office received a copy of Plaintiff's Complaint by personal service;

3. Pursuant to Rule 12(2) of the Federal Rules of Civil Procedure, Defendants' response to the Complaint is presently due to be filed and served on December 31, 2012;

4. The parties have agreed to an extension of time for Defendants to respond to the Complaint from December 31, 2012 to January 7, 2013;

5. No prior extensions of time have been requested or granted; and

6. This change will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants will have until January 7, 2013 to respond to Plaintiff's Complaint.

DATED: December 18, 2012				Respectfully submitted,


				_____/s/ Thomas D. Roth_____
				Thomas D. Roth
				Attorneys for Plaintiff


DATED: December 18, 2012				Respectfully submitted,
				MELINDA HAAG
				United States Attorney


				_____/s/ Rebecca Falk_____
				REBECCA FALK
				Assistant United States Attorney
				Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 20, 2012				_____
				HONORABLE JACQUELINE S. CORLEY
				UNITED STATES MAGISTRATE JUDGE

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 12-05998 JCS